# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **JOHNNIE REVELS,** : | |
| : | |
| Petitioner, : | |
| : | Case No. 6:07-CV-90021 (HL) |
| v. : | |
| : | Case No. 6:04-CR-005 (HL) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent. : | |
| _____ | |

## ORDER

The Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered on September 30, 2008, is before the Court. The Magistrate Judge recommends that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied. Petitioner Johnny Revels has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has thoroughly considered the Recommendation and is of the opinion that the Magistrate Judge's determination was correct, and that Petitioner is not entitled to relief under the § 2255 Motion. Accordingly, the Court accepts the Recommendation of the Magistrate Judge (Doc. 146). The Motion to Vacate, Set Aside or Correct Sentence (Doc. 127) is hereby **DENIED**.

SO ORDERED, this the 7th day of April, 2009.

                                                  *s/ Hugh Lawson*
                                                  **HUGH LAWSON, SENIOR JUDGE**

mbh