# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**JOHNNIE REVELS,**

   Petitioner,

   v.

**UNITED STATES OF AMERICA,**

   Respondent.

Case No. 6:07-CV-90021 (HL)

Case No. 6:04-CR-005 (HL)

## ORDER

On October 30, 2008, Petitioner Johnnie Revels filed a Notice of Appeal (Doc. 148) of the denial of his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. While a Recommendation to deny Petitioner's Motion was entered by United States Magistrate Judge G. Mallon Faircloth on September 30, 2008, the Court did not enter an Order denying the Motion until April 7, 2009 (Doc. 151), making Plaintiff's Notice premature.[1] Nevertheless, the Court will now consider Petitioner's Notice, which it will treat as an Application for Certificate of Appealability brought pursuant to 28 U.S.C. § 2253(c). Edwards v. United States, 114 F.3d 1083 (11th Cir.1997).

In a proceeding under 28 U.S.C. § 2255, the final order is subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held. The

---

[1] Judgment on the Motion to Vacate was entered on April 8, 2009 (Doc. 152).

order cannot be reviewed, however, unless the district judge issues a Certificate of Appealability. 28 U.S.C. § 2253(c)(1)(B). In order to obtain a Certificate of Appealability, the petitioner must make a "substantial showing of the denial of a constitutional right." Id. at (c)(2). This standard is satisfied by a demonstration that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327, 123 S.Ct. 1029 (2003).

The Court has carefully considered Petitioner's Motion. For the reasons stated in the Magistrate Judge's Recommendation and this Court's Order accepting the same, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right so as to warrant the issuance of a Certificate of Appealability. Nothing offered by Petitioner persuades the Court that the issues presented by his case merit further debate. Accordingly, Petitioner's Application for a Certificate of Appealability (Doc. 148) is **DENIED**.

SO ORDERED, this the10th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh