IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| JOHNNIE REVELS,  :  <br> : <br> Petitioner  : <br> : <br> VS.  : <br> : <br> UNITED STATES OF AMERICA,  : <br> : <br> Respondent  : <br> : <br> _____: | CASE NO. 6:07-CV-90021 (HL) <br> 28 U.S.C. § 2255 <br><br> CASE NO. 6:04-CR-5 (HL) |

**O R D E R**

Before the Court is petitioner **JOHNNIE REVELS'** notice of appeal (R. at 154) from the Court's April 7, 2009 Order (R. at 151) that adopted the United States Magistrate Judge's Recommendation that petitioner's Motion to Vacate, Set Aside, or Correct Sentence be denied (R. at 146). The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).

Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in this Court's Order dated April 7, 2009 and the United States Magistrate Judge's Recommendation dated September 30, 2008, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 20th day of April, 2009.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb